UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Case: 2:25−cr−20488
Assigned To : Edmunds, Nancy G.
Referral Judge: Grand, David R.
Assign. Date : 6/30/2025
Description: INFO USA V. ALI (NA)

Abed Al Ali,

        Defendant.

_____/       Violation:  21 U.S.C. § 841

# INFORMATION

THE UNITED STATES CHARGES:

## COUNT ONE

**(21 U.S.C. § 841(a)(1) –** *POSSESSION WITH INTENT TO DISTRIBUTE COCAINE***)**

On or about April 20, 2025, in the Eastern District of Michigan, the defendant, Abed Al Ali, knowingly and intentionally possess with intent to distribute a controlled substance, that is, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii).

1

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853 – *Criminal Forfeiture*)

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), the defendant, Abed Al Ali, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The Government also provides notice of its intent to seek a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a

      c.    third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

JEROME F. GORGON, JR.
United States Attorney

Thomas Franzinger,
Chief Organized Crime Unit

s/ *C. Barrington Wilkins*
C. Barrington Wilkins
Assistant U.S. Attorney
211 W. Fort Street, Suite #2001
Detroit, MI 48226
barrington.wilkins@usdoj.gov

DATE: 6/30/2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>2:25−cr−20488 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes     ☒ No | **AUSA's Initials:**     s/BW |

**Case Title:** USA v. Abed AL ALI

**County where offense occurred:** Wayne

**Check One:**     ☒ Felony     ☐ Misdemeanor     ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-mj-30245 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 30, 2025
Date

s/Barrington Wilkins

Barrington Wilkins, Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Fax: 313-226-9621
E-Mail address: Barrington.Wilkins@usdoj.gov
Attorney Bar #: AZ 021396

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.